UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
**JOE HAND PROMOTIONS, INC.,**
as Broadcast Licensee of the **December 11, 2004
Klitschko/Williams** Program,

                                Plaintiff,

    -against-

MIGUEL A. RODRIGUEZ, Individually and as
officer, director, shareholder and/or principal of
M R GROCERY a/k/a M.R. DELI &
MINIMART, and M R GROCERY a/k/a M.R.
DELI & MINIMART,

                              Defendants.
-----------------------------------------------------------

**NOTICE OF SETTLEMENT
AND
ADMINISTRATIVE DISMISSAL**
Civil Action No. CV-05-5091
Honorable Frederic Block

      PLEASE TAKE NOTICE THAT Plaintiff JOE HAND PROMOTIONS, INC. (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

      This is based upon a settlement made between Plaintiff and the above referenced Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed December 28, 2006. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule

41 of the Federal Rules of Civil Procedure.

Dated: February 27, 2006
       Ellenville, New York

**JOE HAND PROMOTIONS, INC.**

By: /s/ Julie Cohen Lonstein
   JULIE COHEN LONSTEIN, ESQ.
   Attorney for Plaintiff
   Bar Roll No. JL8521
   LONSTEIN LAW OFFICE, P.C.
   Office and P.O. Address
   1 Terrace Hill : P.O. Box 351
   Ellenville, NY 12428
   Telephone: (845) 647-8500
   Facsimile: (845) 647-6277
   *Our File No. 04-8-E10*

SO ORDERED this 27 day of FEB., 2006

HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE